ACCEPTED
01-15-00866-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 3:40:32 PM
CHRISTOPHER A. PRINE
CLERK

Chris Daniel - District Clerk Harris County
Envelope No. 7316738
By: Deandra Mosley
Filed: 10/9/2015 3:40:32 PM

## CAUSE NO. 2013-74337

| | | |
|---|---|---|
| **RSM PRODUCTION CORP.,** <br> **and JACK GRYNBERG,** | § <br> § <br> § | **IN THE DISTRICT COURT OF** |
| **Plaintiffs,** | § <br> § <br> § | |
| **VS.** | § <br> § | **HARRIS COUNTY, TEXAS** |
| **GLOBAL PETROLEUM GROUP,** <br> **LTD., TRICON GEOPHYSICS, INC.,** <br> **SEABIRD EXPLORATION,** <br> **AMERICAS, INC., and BLACKWATER** <br> **SUBSEA, LLC,** | § <br> § <br> § <br> § <br> § <br> § | |
| **Defendants.** | § | **189ᵀᴴ DISTRICT COURT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 10:34:18 AM
CHRISTOPHER A. PRINE
Clerk

### PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL

Plaintiffs, RSM Production Corp. and Jack Grynberg file this Notice of Interlocutory Appeal, pursuant to Texas Rule of Appellate Procedure 25.1, and show the Court as follows:

1.     This appeal is from the 189th Judicial District Court of Harris County, Texas, the Honorable William Burke presiding.

2.     The style of the cause in the trial court is: *RSM Production Corp., et al. v. Global Petroleum Group, Ltd., et al.*; Cause Number 2013-74337.

3.     Plaintiffs desire to appeal from the Court's Order Sustaining Global Petroleum Group, Ltd.'s Special Appearance in this matter, signed September 22, 2015.

4.     This interlocutory appeal is taken pursuant to Texas Civil Practice and Remedies Code § 51.014 (a)(7) and is an accelerated appeal.

5. This appeal is taken to either the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

*/s/ Randall C. Owens*
Howard L. Close
State Bar No. 04406500
Randall C. Owens
State Bar No. 15380700
Bradley W. Snead
State Bar No. 24049835
Andrew C. Nelson
State Bar No. 24074801
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320

*Attorneys for Plaintiffs,*
*RSM Production Corp. and Jack Grynberg*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on the following attorneys by electronic service on this 9th day of October 2015:

Brian F. Antweil
Katten Muchin Rosenman UK, LLP
1301 McKinney Street, Suite 3000
Houston, TX 77010-3033

*Attorneys for Defendants,*
*Global Petroleum Group, Ltd.,*
*Tricon Geophysics, Inc. and*
*Blackwater Subsea, LLC*

Chris Hanslik
Chris T. James
Boyar Miller
4265 San Felipe, Suite 1200
Houston, Texas 77027

*Attorneys for Defendant,*
*SeaBird Exploration Americas, Inc.*

*/s/ Randall C. Owens*
Randall C. Owens